EX PARTE
ALLEN PENA
PETITIONER / plaintiff.
V.
THE State of TEXAS
DEFENDANT / RESpondant.

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 03 2015
Abel Acosta, Clerk

## [I. discussion]

[A.]
[ motion -]   CLERK PLEASE RENDER a status update on said-

[SEE: plaintiff's motion for relief from a judgment and order.

[B.] PROCEDURALLY EXHAUSTING, THE MERITS of my claims of - AN - : illegal RESTRAINT ... it is said court's"'- obligation ... To keep the petitioner" - : informed ... of" said - C.C.A. no. "[]"... and failure"- To do so ... is - : illegally violating - : due process ... and said courts"'- : [constitutional [obligation]

[C.] PLEASE RENDER - AN - update ; - of said motion.

RESPECTfully submitted;

ALLEN PENA
1790277 T.d.C.J. No.
Petitioner. PRO SE
JAMES V. ALLRED unit
2101 FM 369 N.
Iowa PARK. TX 76367 ii

[ 28 U.S.C. § 1746 [ executed ; 7·27·15

[ RETURN SERVICE REQUESTED]

{ COURT of CRIMINAL APPEALS } of TEXAS

{ C.C.A. } no. } pd-1478-13

{ CLERK } ;

EX PARTE
AllEN PENA
PETITIONER/plaintiff ;

V.

THE STATE of TEXAS
RESpondant/ appelle ;

{ I. discussion } ;

{ A. } ; CLERK "'- PLEASE ADVISE SAID COURT... To PLEASE '" RENDER "'

{ A status "'- upDate '"- upon ; THE PETITIONER'S '"- LAST "'-
{ SUBMITTED "- motion - Styled ... ;

{ SEE ; PETITIONER'S" motion FoR REHEARING "......

{ B. } ; CLERK "'... PLEASE ADVISE ; SAID COURT... THAT - it is "'
{ ACTUALLY "- violating my RIGHTS of - DUE PROCESS - ;
{ illEGAlly } """....

{ By not "- ADEQUATELY "'. RENDERING "; me "'- { THE } plaintiff }...
{ RESPONCES "'- on... my motions "- in "' A "- TIMELY MANNER .

RESPECTfully SUBMITTED ;

AllEN PENA
1790277 .T.d.C.J. no.
PETITIONER. PRO SE
JAMES V. AllRED unit
2101 FM 369 N.
IowA PARK ; TX 76367

{ 28 U.S.C. $1746 { EXECUTED 7-27-15

{ RETURN SERVICE REQUESTED }